# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

|                                              |     |                                    |
|----------------------------------------------|-----|------------------------------------|
| TD BANK, N.A.,                               | )   |                                    |
|                                              | )   |                                    |
| Plaintiff,                                   | )   |                                    |
|                                              | )   |                                    |
| vs.                                          | )   |                                    |
|                                              | )   | Civil Action No. 2:17-cv-00163-JAW |
| ESTATE OF BRUCE H. WOODMAN                   | )   |                                    |
| through its Special Administrator, Stephanie | )   |                                    |
| G. Albert, et al.                            | )   |                                    |
| Defendants.                                  | )   |                                    |

**NOW COMES** the Defendant, the Estate of Bruce H. Woodman (hereinafter referred to as "the Estate"), by and through its Special Administrator, and admits, denies and alleges as follows in answer to the Complaint for Foreclosure and Partition filed by the Plaintiff TD Bank, NA (hereinafter referred to as Plaintiff, or the "Bank"):

1. In response to Paragraph 1 of the Complaint, the Estate lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

2. Paragraph 2 is Admitted.

3. In response to Paragraphs 3 through Paragraphs 13 of the Complaint, the Estate lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

4. Paragraph 14 is Admitted.

5. In response to Paragraphs 15 through 33 of the Complaint, the Estate lacks information or knowledge sufficient to form a belief as to the truth or falsity of the allegations contained therein and therefore denies the same.

   **WHEREFORE,** in the event that the Court finds that the Plaintiff is entitled to foreclose its Mortgage, the Estate requests:

1. That the Court determine the relative priority of the liens and mortgages of each party; and

2. That the Court order a distribution to the Estate of any proceeds remaining after satisfaction of any prior encumbrance(s), in accordance with the Court's determination of priority.

Dated: Falmouth, Maine
      May 15, 2017

/s/ Stephanie Albert
Stephanie G. Albert
Special Administrator
361 U.S. Route One
Falmouth, ME  04105
Ph:  (207) 781-7677
salbert@bgt-law.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| TD BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Civil Action No. 2:17-cv-00163-JAW |
| ESTATE OF BRUCE H. WOODMAN | ) | |
| through its Special Administrator, Stephanie | ) | |
| G. Albert, et al. | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Stephanie Albert, Esq., special administrator for the Estate of Bruce H. Woodman, do hereby certify that I have this same date served a true and correct copy of the Answer dated May 15, 2017 on each of the parties and at the addresses set forth herein below either electronically via ECF, where noted, or via first-class mail and properly sealed, stamped and addressed:

Via ECF:
TD Bank, NA

By US Mail:
Frank Kenerson – Kingston Road, Danville, NH 03819
Frances Kenerson – 142 Main Street Apt. D, Montpelier, VT 05602
Paul Kenerson – 1311 S. E. 28 Terrace, Cape Coral, FL 33904
Irene Norberg – 120 Victory Drive, Haines City, FL 33844

Dated: Falmouth, Maine
      May 15, 2017                    /s/ Stephanie Albert_____
                                     Stephanie G. Albert
                                       Special Administrator
                                       361 U.S. Route One
                                       Falmouth, ME 04105
                                       Ph: (207) 781-7677
                                       salbert@bgt-law.com