```
                       U.S. DISTRICT COURT
                       DISTRICT OF MAINE
                              PORTLAND
                       RECEIVED & FILED

                       2017 NOV 13 P 2: 42

                       _____
                             DEPUTY CLERK
```

United States District Court
For the
State of Maine

T.D. Bank NA
Plantiffs
V.
Estate of Bruce H. Woodman, through Stephanie Albert f/k/a Stephanie Green, Special Administrator, Katherine Krauss Hinds, et al.

### Reply to Summons in a Civil Action:

I am replying to this summons PER SE.

I have reviewed the materials contained in the summons. I have no personal knowledge relative to the facts as presented, with the following exception:

I affirm that I am the niece of Guy Kennerson and therefore a legal heir to his estate.

I trust and pray the court's decision will be just and equitable to all parties.

*Katherine K. Hinds*

Katherine Krauss Hinds
7 Jeanne Circle
Southampton, MA  01073
413-527-3764
khinds@charter.net

CC: Duane Morris, LLP
Andrea T. Hollbrook, Esq.
Two Monument Square, Suite 505
Portland, ME  04101